```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                        LEXINGTON
```

| | |
|---|---|
| CLAUDE L. BASSETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:04-425-JMH |
| v. ) | |
| ) | |
| THE NATIONAL COLLEGIATE ) | |
| ATHLETIC ASSOCIATION, et al., ) | **JUDGMENT** |
| ) | |
| Defendants. ) | |
| ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

In accordance with the Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That this action be, and the same hereby is, **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET.**

(2) That all pending motions be, and the same hereby are, **DENIED AS MOOT.**

(3) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY.**

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 11th day of May, 2006.



**Signed By:**

***Joseph M. Hood***

**United States District Judge**